United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAKAM SINGH,

    Plaintiff,

v.

LLOYD AUSTIN,

    Defendant.

Case No. 21-cv-07105-RS

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff Hakam Singh, appearing in *pro se*, filed this action for employment discrimination and harassment against Lloyd Austin, III, in his capacity as the Secretary of Defense. It does not appear that service of summons and complaint has yet been accomplished.

Singh requests he be provided an attorney because he cannot "understand the court's terminology." Civil litigants have no right to appointed counsel. The magistrate judge initially assigned to this action provided Singh with a notice of the resources available to him as a *pro se* litigant. See Docket No. 2. As advised in that notice, Singh may wish to consult with the Federal Pro Bono Project's Help Desk, by telephoning (415) 782-8982 or by emailing fedpro@sfbar.org.

To provide time for Singh to obtain assistance from the Help Desk and/or by hiring an attorney, the Initial Case Management Conference is continued to February 17, 2022.

**IT IS SO ORDERED**.

Dated:  January 6, 2022

_____
RICHARD SEEBORG
Chief United States District Judge