UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAM SINGH, | Case No. 21-cv-07105-RS |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| LLOYD AUSTIN, | |
| Defendant. | |

On February 24, 2022, an order issued providing plaintiff an additional 60 days to serve defendant with summons and complaint. Although a summons was issued the following month, no proof of service has ever been filed, and defendant has not appeared. Accordingly, no later than July 29, 2022, plaintiff shall either file proof of service or show cause why this matter should not be dismissed for lack of prosecution. In the event plaintiff fails to respond to this order, the matter will be dismissed without additional notice.

**IT IS SO ORDERED**.

Dated: July 7, 2022

_____
RICHARD SEEBORG
Chief United States District Judge