UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAM SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>LLOYD AUSTIN,<br><br>        Defendant. | Case No. 21-cv-07105-RS<br><br>**ORDER SETTING ASIDE DISMISSAL AND REOPENING CASE** |

    Pro se plaintiff Hakam Singh requests that this case be reopened, contending he was unable to receive copies of prior court orders for some unspecified period of time recently. Singh asserts he could not retrieve mail from his mailbox because his landlord had left a defective key and was out of the country. Singh's explanation is not convincing, as the court correspondence at issue was *returned to the court undelivered*, not left in an inaccessible box. Additionally, Singh has offered no explanation as to how he learned the case had been dismissed. Similarly, it is unclear how Singh was aware of the prior case management conference, in which he participated, given that notice of that had been returned as undeliverable too. It seems likely that Singh has had access to the docket and has reviewed it on a periodic basis. While that does not mean he is not entitled to direct notice, it undermines his argument that he acted with appropriate diligence.

    More fundamentally, Singh was advised at the Case Management Conference that he was being granted an additional 60 days to effectuate service of summons and complaint. His failure to do that—or to communicate with the court as to why he had not—supported dismissal of the

action, whether or not Singh knew or should have known about subsequent orders.

Nevertheless, in light of Singh's status as a pro se litigant, the dismissal will be set aside and he will be given one final opportunity to serve summons and complaint. Singh shall file proof of service no later than November 18, 2022. Failure to do so may result in dismissal without further notice. Singh may wish to seek assistance from the Legal Help Center, at 415-782-8982, or at https://cand.uscourts.gov/about/court-programs/legal-help-desks/

**IT IS SO ORDERED**.

Dated: October 3, 2022

RICHARD SEEBORG
Chief United States District Judge