STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAKAM SINGH,<br><br>    Plaintiff,<br><br>  v.<br><br>LLOYD AUSTIN, Secretary, United States Department of Defense,<br><br>    Defendant. | CASE NO. 3:21-cv-7105-RS<br><br>**STIPULATION TO SET A DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERNECE**<br><br>The Honorable Richard Seeborg |

    Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate and respectfully request that the Court enter an order granting the following:

    1.    Defendant will file their response to Plaintiff's complaint by February 16, 2023.

    2.    Continuance of the Case Management Conference currently set for February 16, 2023, ECF No. 32, and all associated deadlines until a time after Defendant's response due date. The parties apologize to the Court for making this request in less than the fourteen days before the scheduled conference date, due to their need to confer regarding the continuance request.

    The parties respectfully request that the Court grant their stipulation. The requested modification will not impact the schedule for the case because no further schedule has yet been set and because this matter is still in its initial stages.

Stipulation
3:21-cv-7105-RS

1

1  DATED:  February 8, 2023                  Respectfully submitted,[1]

2                                            STEPHANIE M. HINDS
                                             United States Attorney
3
                                             *s/ Elizabeth D. Kurlan*
4                                            ELIZABETH D. KURLAN
                                             Assistant United States Attorney
5
                                             *Attorneys for Defendant*
6

7  DATED:  February 8, 2023

                                             *s/ Hakam Singh*
8                                            HAKAM SINGH
                                             *Pro Se* Plaintiff
9

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendant will file a response to Plaintiff's complaint by February 16, 2023.  Further Case Management Conference currently set for February 16, 2023 is continued to April 13, 2023.  Joint Case Management Statement due Apirl 6, 2023.

DATED: 2/9/2023

HON. RICHARD SEEBORG
United States Chief District Judge

---

[1] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
3:21-cv-7105-RS