UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAM SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>LLOYD AUSTIN,<br><br>    Defendant. | Case No. 21-cv-07105-RS<br><br>**ORDER GRANTING MOTION TO TRANSFER** |

Pursuant to Civil Local Rule 7-1(b), defendant's motion to transfer this matter to the Eastern District of California is suitable for disposition without oral argument and the hearing set for April 6, 2023, is vacated.

Plaintiff Hakam Singh alleges that from January 2019 to November 2019, he was subjected to discrimination, retaliation, and a hostile work environment while employed by the United States Department of Defense's Defense Commissary Agency at the Bridgeport Commissary located in Coleville, California. Coleville is in Mono County, within the jurisdiction of the Eastern District of California. All of the events alleged in the complaint took place in connection with Singh's employment in Coleville.

Singh now resides in Anchorage, Alaska, and appears to have no particular connection to this district that would warrant giving enhanced deference to his choice of venue. Although venue in this district is statutorily authorized by 42 U.S.C. § 2000e-5(f)(3), defendant has made a sufficient showing that a transfer under 28 U.S.C. § 1404(a), is warranted for the convenience of

the parties and witnesses, and in the interest of justice. Singh has filed no opposition. The motion is therefore granted. Defendant's motion in the alternative for dismissal on various grounds is denied without prejudice to any right defendant may have to reassert those arguments in the transferee district.

**IT IS SO ORDERED**.

Dated: March 27, 2023

_____
RICHARD SEEBORG
Chief United States District Judge